# Exhibit A

# TRUST FINANCIAL, LLC dba BINGHAM COLLECTIONS

307 W. Judicial
Blackfoot, ID 83221
Telephone: (208) 785-1301
Toll Free: (888) 785-1301

June 4, 2014

Matt Cutler
757 W 100 N
Blackfoot, ID 83221

Re: Account Validation

    Account Number:
    Current Balance Due:    $11,164.63

Dear Mr. Lewis

    Please find enclosed the updated verification you requested, per your letter dated May 21, 2014 on referenced account #

Correspondence in regard to the matter should be directed to us at the address listed above or you may call us at (888) 785-1301.

Federal Law requires that we inform you that this letter is from a debt collector, it is an attempt to collect a debt, and any information obtained will be used for that purpose.

Sincerely,

*Kristi*

TRUST FINANCIAL, LLC
dba Bingham Collections

Enclosures

# Exhibit B



P.O. Box 1825
Idaho Falls, Idaho 83403
1-(208)-785-1301

AT.7974
MATT CUTLER
757 W 100 N
BLACKFOOT ID 83221

July 15, 2014

| CREDITOR | AMOUNT | INTEREST | FEES | TOTAL |
|---|---|---|---|---|
| CRUZ BROTHERS CONSTRUCTION LLC | 10670.00 | 705.10 | 0.00 | 11375.10 |
| TOTAL | 10670.00 | 705.10 | 0.00 | 11375.10 |

    Our client, Trust Financial, LLC., formally known as Bingham Collections, Inc., claims that the account listed above and assigned to them for collection has not been paid and they have retained Wilkerson & Bremer, P.C. to represent them in this matter. The amount of our Client's claim against you is $ 11375.10, which includes the original amount referred plus interest and fees as may be allowed by law, less any payments that you may have made to our Client.

    If you have any questions or want to discuss possible payments you need to call 1-(208)-785-1301 and ask for your account manager. Office hours are from 8 A.M. to 5 P.M. Monday thru Friday. You may send correspondence to Wilkerson & Bremer, P.C., P.O. Box 1825, Idaho Falls, Idaho 83403.

    At this time, no attorney with this firm has personally reviewed the particular circumstances surrounding the account listed above. If you fail to take care of this matter or call, our client may ask us to provide additional services to recover the balance due.

Yours,
Wilkerson & Bremer P.C.
cc: file

Unless, within thirty (30) days from the date of this letter, you dispute the validity of the debt or any portion thereof, we will assume the debt to be valid. If you notify this office in writing within the thirty (30) day period that the debt, or any portion thereof is disputed, we will obtain and mail to you verification of the debt or a copy of a judgment against you. In addition, we will provide you with the name and address of the original creditor, if different from the current creditor, if requested within the thirty (30) day period. Federal law requires that we inform you that this letter is from a debt collector in an attempt to collect a debt, and any information obtained will be used for that purpose. Your right under federal law to request verification of your obligation to our client is not affected by our request that you contact our office by telephone. Our collection efforts made during your thirty (30)day dispute period in no way effects your right under federal law to request verification of your obligation to our client.

# Exhibit C

Chad A. Campos, ISB #6182
WILKERSON & BREMER, P.C.
210 N Bent Street
Powell Wyoming 82435
Telephone: (208) 529-0885 or
            1-888-785-1301
Facsimile: (208) 529-0887 or
            (307) 754-3482

Attorney for Plaintiff



# DISTRICT COURT SEVENTH JUDICIAL DISTRICT
# BINGHAM COUNTY IDAHO

| | |
|---|---|
| TRUST FINANCIAL, LLC., <br> A Wyoming Limited Liability Company, | NOTICE: This Case is assigned to <br> Darren B. Simpson, District Judge |
| Plaintiff, | Case No.: CV-14-2209 |
| vs. | VERIFIED COMPLAINT AND <br> JURY DEMAND |
| MATT CUTLER | Filing Category: AA |
| Defendant(s). | Fee: $221.00 |

Plaintiff, TRUST FINANCIAL, LLC., A Wyoming Limited Liability Company, through its attorney, submits that following Verified Complaint and Jury Demand against MATT CUTLER:

1. At all times relevant, Plaintiff was and is authorized to do business in the State of Idaho as a foreign domestic corporation.

2. Plaintiff is a duly licensed and bonded collector and has complied with the laws of the State of Idaho relative to collection agencies.

3. Defendant(s) has/have been indebted to the individual(s) set forth in Exhibit A for the total amount of the debt(s) also provided in Exhibit A, plus legal interest from the date of the filing of this Verified Complaint.

VERIFIED COMPLAINT AND JURY DEMAND – 1

4. Defendant(s) has/have not paid the balance due or any part of the total debt and the amount of $11680.29 is now due and owing.

5. At least ten days prior to the filing of this action, notice and demand was provided to Defendant(s) for payment of the total debt. The notice demanded the principal amount due Plaintiff and further provided that if suit was filed, Plaintiff would ask payment of the above account(s) together with attorney fees and costs provided under Idaho Code 12-120 and 12-121, and any other applicable statute or provision.

6. Plaintiff has been required to retain the services of Chad A. Campos in order to protect its rights.

7. Plaintiff is entitled to an award of attorney fees in accordance with Idaho Code 12-120, 12-121, and any other applicable statute or provision.

8. Prior to the commencement of this action, the above account(s) was/were duly assigned and transferred to Plaintiff for the purpose of collection and Plaintiff is now the lawful owner and holder for purpose of collection.

### PRAYER FOR RELIEF

Plaintiff prays for relief as follows:

1. Granting judgment for Plaintiff and against Defendant(s) for the principal sum of $11680.29, together with legal interest from the date of the filing of this Verified Complaint;

2. Pursuant to Idaho Code 12-120, 12-121, and any other applicable statute or provision, awarding reasonable attorney fees to Plaintiff in an amount of $2500.00 if this matter is uncontested otherwise in an amount to be proven at a later date;

3. An award of costs incurred prosecuting this action; and

VERIFIED COMPLAINT AND JURY DEMAND – 2

4. Granting any other relief that this Court deems just and equitable under the

circumstances.

**PURSUANT TO RULE 38 OF THE IDAHO RULES OF CIVIL PROCEDURE, PLAINTIFF DEMANDS TRIAL BY JURY**

Dated: 10/16, 2014.

Chad A. Campos, ISB #6182
OF WILKERSON & BREMER
Attorney for Plaintiff

VERIFIED COMPLAINT AND JURY DEMAND – 3

## "EXHIBIT A"

## DEBT DESCRIPTION

| CREDITOR | AMOUNT | INTEREST | FEES | TOTAL |
|---|---|---|---|---|
| CRUZ BROTHERS CONSTRUCTION LLC | 10670.00 | 1010.29 | 0.00 | 11680.29 |
| TOTAL | 10670.00 | 1010.29 | 0.00 | 11680.29 |

VERIFIED COMPLAINT AND JURY DEMAND -- 4

## VERIFICATION

STATE OF IDAHO

        ss

COUNTY OF BONNEVILLE

    Dan Wilkerson, being first duly sworn on oath according to law, deposes and says that he has read the foregoing complaint and that the matters stated therein are true to the best of his knowledge, information, and belief.

_____
Dan Wilkerson, Manager
TRUST FINANCIAL, LLC.,
A Wyoming Limited Liability Company,

Subscribed and sworn to me on this 17th day of Nov, 2014

_____
Notary Public

[Notary Seal: AMY KELSEY, NOTARY PUBLIC, STATE OF IDAHO]

VERIFIED COMPLAINT AND JURY DEMAND - 5