Jonathan W. Harris
BAKER & HARRIS
266 West Bridge Street
Blackfoot, Idaho 83221
Telephone: (208) 785-2310
Facsimile: (208) 785-6749
E-Mail: jwharris@bakerharrislaw.com
Idaho State Bar No. 6261

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MATT CUTLER,<br><br>  Plaintiff,<br><br>v.<br><br>TRUST FINANCIAL, LLC, an Idaho limited liability company, and WILKERSON & BREMER, P.C., a Wyoming corporation,<br><br>  Defendants. | Case No. 4:14-cv-541<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

COMES NOW, the Defendants Trust Financial, LLC and Wilkerson & Bremer, P.C., by and through their attorney of record, Jonathan W. Harris of the law firm of BAKER & HARRIS, and hereby file their Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

1.  Trust Financial, LLC does not have a parent corporation nor does any publically held corporation own 10% or more of said entity.

2.  Wilkerson & Bremer, P.C. does not have a parent corporation nor does any publically held corporation own 10% or more of said entity.

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT - 1**

DATED this 7 day of February, 2015.

BAKER & HARRIS

_____
Jonathan W. Harris

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic filing to the following registered CM/ECF participants:

    Ryan Adam Ballard
    ryanballardlaw@gmail.com

_____
Jonathan W. Harris

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT - 2**